In the Matter of the Compensation of
Elizabeth A. Hallyburton, Claimant.

MULTNOMAH COUNTY,
*Petitioner,*

*v.*

Elizabeth A. HALLYBURTON,
*Respondent.*

(89-10381; CA A67438)

816 P2d 1220

Jerald P. Keene, Portland, argued the cause for petitioner. With him on the brief was Roberts, Reinisch, MacKenzie, Healey & Wilson, P.C., Portland.

Roger J. Leo, Portland, argued the cause and filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *City of Portland v. Payne,* 108 Or App 771, 816 P2d 1219 (1991).